IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States District Court
Southern District of Texas

**ENTERED**

December 23, 2025

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Bunsavvathany Hang, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. H-24-4130 |
| The United States of America, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF ADOPTION

Having reviewed the Magistrate Judge's Memorandum and Recommendation (docket no. 24) dated September 24, 2025, and no party having filed objections thereto, the Court is of the opinion that the Memorandum and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendant the United States of America's Motion to Dismiss (docket no. 20) is **GRANTED** and Plaintiff Bunsavvathany Hang's claims are **DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction**.

**SIGNED** at Houston, Texas, on this the 23rd day of December, 2025

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE