United States District Court
Southern District of Texas
**ENTERED**
December 23, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Bunsavvathany Hang, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | Civil Action No. H-24-4130 |
| The United States of America, § | |
| § | |
| Defendant. § | |

### FINAL JUDGMENT

In accordance with this Court's Orders of Adoption entered this day adopting the Magistrate Judge's Memorandum and Recommendation, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff Bunsavvathany Hang's claims are **DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction**.

Costs shall be taxed against Plaintiff.

**THIS IS A FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this the 23rd day of December, 2025

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE